AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

### District of Vermont

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JORGE TORRES | Case No.    2:11-CR-01-01 |
|  | USM No.    54708-004 |
|  | Paul S. Volk, Esq. |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1 -3 of the Petition

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Left the judicial district of Puerto Rico without permission. | September, 2002 |
| 2 | Failed to report to his probation officer as directed. | August, 2002 |
| 3 | Smuggled aliens into the United States. | November 29, 2002 |

        The defendant is sentenced as provided in pages 2 through   2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8383

Defendant's Year of Birth:    1977

City and State of Defendant's Residence:

                                                         June 14, 2011
                                              Date of Imposition of Judgment

                                                  /s/ William K. Sessions III
                                                     Signature of Judge

                                        Hon. William K. Sessions III, U.S. District Judge
                                                    Name and Title of Judge

                                                         June 16, 2011
                                                             Date

JUDGMENT ENTERED ON DOCKET

    DATE: June 16, 2011

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:     JORGE TORRES
CASE NUMBER:   2:11-CR-01-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

6 months concurrent to 17 month sentence imposed in related case no. 2:03-CR-54-1 with no further term of supervised release in this case.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL